# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-64237-LRC |
| | : | |
| THE CAKE HAG CAKE AND DESSERT STUDIO | : : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS

COMES NOW, Nancy J. Gargula, the United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b). In support thereof, the United States Trustee represents as follows:

1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b), and 28 U.S.C. § 157(a) and (b)(1). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.

Pursuant to 11 U.S.C. § 307, the United States Trustee has standing to be heard with regard to this motion.

3.

On March 9, 2020, The Cake Hag Cake and Dessert Studio[1] (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition").

4.

The petition is signed by Ms. Catherine M. Sweeny, who identifies herself as a co-owner of the Debtor. No attorney signed the petition as representative of the Debtor.

5.

The Court should dismiss this case, for cause, pursuant to 11 U.S.C. § 1112(b). Because the Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984), *cert. denied*, 474 U.S. 1056 (1985).

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order dismissing this case, directing payment of any unpaid chapter 11 filing fees and special charges, and granting such other relief as the Court deems just and proper.

---

[1] According to the Georgia Secretary of State's records, available to the public at https://ecorp.sos.ga.gov/BusinessSearch an entity named "Cake Hag Cake and Dessert Studio LLC" was established May, 13, 2015, and is active. The Registered Agent listed for the entity is the same individual that signed the Petition.

Dated: March 10, 2020.

                                                NANCY J. GARGULA
                                                UNITED STATES TRUSTEE
                                                REGION 21

                                                */s  Jonathan S. Adams*
                                                JONATHAN S. ADAMS
                                                Trial Attorney
                                                Georgia Bar Number 979073
                                                Office of the United States Trustee
                                                362 Richard B. Russell Building
                                                75 Ted Turner Drive, SW
                                                Atlanta, Georgia 30303
                                                jonathan.s.adams@usdoj.gov
                                                Tel: 404.331.4437 ext. 122

## CERTIFICATE OF SERVICE

      I, Jonathan S. Adams, certify that I am over the age of 18 and that on March 10, 2020, I caused a copy of the foregoing *United States Trustee's Motion to Dismiss* to be served by first class, United States mail service, with adequate postage to ensure delivery to:

| | |
|---|---|
| The Cake Hag Cake and Dessert Studio<br>Suite E<br>880 Glenwood Ave. S.E.<br>Atlanta, Georgia 30316 | Cameron M. McCord<br>Chapter 11 Subchapter V Trustee<br>Jones & Walden, LLC<br>699 Piedmont Ave. NE<br>Atlanta, Georgia 30308 |

      */s Jonathan S. Adams*
      JONATHAN S. ADAMS